UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE, V43736,<br><br>   Plaintiff,<br><br>  v.<br><br>DR. M. CALLIS,<br><br>   Defendant(s). | Case No. 22-cv-06130-CRB  (PR)<br><br>**JUDGMENT** |

  For the reasons set forth in the accompanying order granting motion for summary judgment, judgment is entered in favor of defendant(s) and against plaintiff.

  Each party shall bear their own costs.

  The clerk is directed to close the case and terminate all pending motions as moot.

  **IT IS SO ORDERED**.

Dated: April 22, 2025

                 _____
                 CHARLES R. BREYER
                 United States District Judge